UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 5:09-32

UNITED STATES OF AMERICA,     PLAINTIFF

v.     **OPINION AND ORDER**

DEMETRIUS LEE GUNN,     DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on Defendant Demetrius Gunn's pro se Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (DE 45) and the Magistrate Judge's Report and Recommendation in which she recommends that the motion be denied (DE 47). The Defendant filed no objections to the Magistrate Judge's Report and Recommendation. Further, the Magistrate Judge's analysis is sound. Accordingly, it is hereby ORDERED as follows:

1) The Magistrate Judge's Report and Recommendation (DE 47) is ADOPTED as the Court's opinion;

2) The Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (DE 45) is DENIED; and

3) this matter is STRICKEN from the active docket of this Court.

Dated this 18th day of October, 2010.



**Signed By:**
*Karen K. Caldwell*
**United States District Judge**